IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KYLA D. CHAMBLESS                                                PLAINTIFF

    v.                Civ. No. 08-6013

BAPTIST HEALTH, d/b/a BAPTIST HEALTH
MEDICAL CENTER - ARKADELPHIA                                     DEFENDANT

## JUDGMENT

On the 6th day of January 2009, this matter came on for trial to a duly selected jury consisting of eight members, the Honorable Robert T. Dawson presiding. On January 7th, 2009, the case was submitted to the jury on interrogatories and a unanimous verdict was reached as to each interrogatory as follows:

**INTERROGATORY NO. 1:** On plaintiff's claim of gender discrimination as submitted in Instruction 7, we find in favor of:

| _____ | _____X_____ |
|---|---|
| Plaintiff Kyla Chambless | Defendant Baptist Health Medical Center - Arkadelphia |

**INTERROGATORY NO. 2:** Answer this interrogatory only if your answer to Interrogatory No. 1 is in favor of Kyla Chambless. If your finding in Interrogatory No. 1 is in favor of Baptist Health medical center - Arkadelphia, you have completed your deliberations on this claim and you may proceed to Interrogatory No. 3.

Has it been proved by the greater weight of the evidence that Baptist Health Medical Center - Arkadelphia would have failed to promote Kyla Chambless regardless of her gender (see instruction 9)?

_____ yes           _____ no

**INTERROGATORY NO. 3:** On the age discrimination claim of Kyla Chambless, we find in favor of:

| _____ | _____X_____ |
|---|---|
| Plaintiff Kyla Chambless | Defendant Baptist Health Medical Center - Arkadelphia |

**INTERROGATORY No. 4:** Answer this interrogatory only if your answer to Interrogatory No. 3 is in favor of Kyla Chambless.  If the above finding is in favor of Baptist Health Medical Center - Arkadelphia, you have completed your deliberations on this claim and you may proceed to Interrogatory No. 5.

Was the defendant's conduct "willful" as that term is defined in Instruction 12?

_____ yes           _____ no

**INTERROGATORY No. 5:** Complete the following only if you found in favor of Kyla Chambless in Interrogatory No. 1 and answered "no"

-2-

to Interrogatory No. 2, or if you found in favor of Kyla Chambless in Interrogatory No. 3.

We find plaintiff's lost wages through the date of this verdict to be:

$_____ (stating the amount or, if none, write the word "none").

**IT IS ORDERED AND ADJUDGED** in accordance with the jury verdict, as well as this Court's determination, that the Plaintiff takes nothing on her complaint and the matter is **DISMISSED WITH PREJUDICE**. All parties are to bear their respective costs and attorney's fees.

IT IS SO ORDERED this 9th day of January 2009.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge